PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>WALTER LITTLE,<br><br>             Defendant. | Case No. 1:16-po-00309-SAB<br><br>[Citation #6043926 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00309-SAB [Citation # 6043926] against WALTER LITTLE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 15, 2016                              Respectfully submitted,

                                                                          PHILLIP A. TALBERT
                                                                          Acting United States Attorney

                                                         By:   /s/ Michael G. Tierney
                                                                          MICHAEL G. TIERNEY
                                                                          Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00309-SAB [Citation # 6043926] against WALTER LITTLE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 16, 2016**

UNITED STATES MAGISTRATE JUDGE

2